

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-13-00109-CR**
**NO. 02-13-00110-CR**

PATRICK MCAFEE                                                      APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Patrick McAfee pled guilty in each case to one count of aggravated sexual assault of a child less than fourteen years of age, and the trial court convicted him of those offenses and sentenced him to thirty-five years' confinement on each count. Appellant filed a timely notice of appeal in each case.

---

[1]*See* Tex. R. App. P. 47.4.

The trial court's certifications provide that these are plea-bargained cases and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter on March 15, 2013, that these appeals were subject to dismissal unless he or any party showed grounds for continuing the appeals on or before March 25, 2013.[2] We have received no response.

Accordingly, we dismiss these appeals.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 2, 2013

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).